No. 88–109.   AMERICAN PROTEIN CORP. *v.* AB VOLVO ET AL. C. A. 2d Cir.   Certiorari denied.

No. 88–111.   AUSTIN ET AL. *v.* CITY AND COUNTY OF HONOLULU.   C. A. 9th Cir.   Certiorari denied.

No. 88–112.   MCDOWELL ET UX. *v.* CREDIT BUREAUS OF SOUTHEAST MISSOURI, INC.   Sup. Ct. Mo.   Certiorari denied.

No. 88–114.   QURESHI *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.

No. 88–116.   STERN *v.* LEUCADIA NATIONAL CORP. ET AL. C. A. 2d Cir.   Certiorari denied.

No. 88–117.   TONY AND SUSAN ALAMO FOUNDATION *v.* RAGLAND, COMMISSIONER OF THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION, ET AL.   Sup. Ct. Ark.   Certiorari denied.

No. 88–119.   LEVIN, DBA LEVIN BEAUTY SUPPLY ET AL. *v.* REDKEN LABORATORIES, INC.   C. A. 6th Cir.   Certiorari denied.

No. 88–123.   COLLINS *v.* ASSOCIATED PATHOLOGISTS, LTD., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–125.   SIMON ET AL. *v.* F/S AIRLEASE II, INC., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 88–126.   MARSHALL ET AL. *v.* WESTERN GRAIN CO., INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–128.   CINCOTTI *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 88–129.   COOPER *v.* AMSTER ET AL.   C. A. 3d Cir.   Certiorari denied.